The People of the State of New York v. Harrison Street Cold Storage Company.—Motion to dismiss appeal granted, with ten dollars costs.

Max Zinkeisen v. Henry E. Cregier.—Motion to discontinue appeal granted, without costs.

Jacob Panken v. Henry H. Holly and Others.—Motion granted, unless appellant comply with terms stated in order.

Parker Sheet Metal Works v. Jeannie Parker, as Executrix, etc.—Motion denied, with ten dollars costs.

Parker Sheet Metal Works v. Jeannie Parker, as Executrix, etc.—Motion denied, without costs.

Charles F. Maguire v. Sperry & Hutchinson Company and Others.—Motion denied, with ten dollars costs. ·

Carl Schefer and Others v. Andrew B. Carton and Others.—Motion denied, with ten dollars costs.

Joseph Czerny v. Frank Haas.—Motion granted and questions certified as stated in order.

Philip C. Steinacher v. Sayles-Zahn Company.—Motion denied, with ten dollars costs.

Merrill A. Teague v. The Ridgway Company and Others.—Motion denied, with ten dollars costs.

Louis Mischner v. Isaac Altman.—Motion denied, with ten dollars costs.

Isaac Gingold v. William Lyman and Others.—Motion denied, with ten dollars costs.

The People of the State of New York v. Manuel Alvarez, Alias, etc.—Motion denied.

Frank Herter v. Anna M. Dwyer.—Application denied, with ten dollars costs. Order signed.

Aladar Feldmann v. Reliant Holding Company.—Application denied, with ten dollars costs. Order signed.

Equitable Trust Company of New York v. Charles A. Newman.—Application granted upon plaintiff's filing stipulation provided in order. Order signed.

Christian A. Siebold v. Adolph L. Landeker.—Application denied, with ten dollars costs. Order signed.

Jefferson D. Bremer v. Charles E. Ring.—Motion granted upon defendant giving additional bond to secure plaintiff any damages on account of the stay in the penalty of $250. If such bond is not given in ten days the motion will be denied.

The People of the State of New York ex rel. Browning, King & Co. v. Charles B. Stover and Others, as Commissioners, etc.—Motion granted.

In the Matter of Harry B. Mingle.—Motion denied, with ten dollars costs.

Isabel R. Wallach and Others v. Robert P. Pauwels and Others.—Motion denied, with ten dollars costs.

Emma Mock, as Administratrix, etc., v. The City of New York.—Motion granted, with ten dollars costs.

In the Matter of Clarence F. Birdseye.—Reference ordered. Order to be settled on notice.